AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Kevin Ferrell and Lucy Ferrell, individually and as next friends of C.F., a minor <br> *Plaintiff* <br> v. <br> Bumbo (Pty.) Ltd, Bumbo International Trust f/k/a Jonibach Management Trust, Toys "R" Us-Delaware <br> *Defendant* | Civil Action No. 1:11-CV-467 SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bumbo (Pty.), Ltd
212 Hardy Muller Street
P.O. Box 3081
Rosslyn 0200, Gauteng, South Africa
via
Texas Secretary of State
1019 Brazos Street, Suite 220, Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Ross Cunningham
Rose Walker, LLP
3500 Maple Avenue, Suite 900
Dallas, TX 75219
214.752.8600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*William G. Putnicki*

CLERK OF COURT

*Olga Schroeder*

*Signature of Clerk or Deputy Clerk*

Date: June 07, 2011

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-467 SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bumbo (Pty.), Ltd

was received by me on *(date)*  06/09/2011  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Delivered to Bumbo (Pty.), Ltd by delivering to the Texas Secretary of State by delivering to its' authorized agent, Helen Lupercio at 1019 Brazos St., Suite 220, Austin, TX 78701 on 06/10/2011.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  06/13/2011

*Server's signature*

Joe Clewis  sch4129  Texas Process Server
*Printed name and title*

5470 LBJ Freeway, Dallas, TX 75240
*Server's address*

Additional information regarding attempted service, etc: