UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUL 18 AM 9: 11

| | | |
|---|---|---|
| KEVIN FERRELL AND LUCY FERRELL, INDIVIDUALLY AND AS NEXT FRIENDS OF C. F., A MINOR,<br><br>Plaintiffs,<br><br>VS.<br><br>BUMBO (PTY.) LTD., BUMBO INTERNATIONAL TRUST f/k/a JONIBACH MANAGEMENT TRUST, TOYS "R" US-DELAWARE, INC., AND TOYS "R" US, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § | 1:11-CV-467<br>JURY DEMANDED |

## AGREED ORDER OF DISMISSAL

The Court, having reviewed the Stipulation of Dismissal, finds and orders as follows:

It is hereby ORDERED that this action is dismissed with prejudice, with each party bearing its own costs and expenses.

It is further ORDERED that Michael L. Slack is hereby discharged as Guardian Ad Litem for the minor Plaintiff.

SIGNED this __18th__ day of __July__, 2013.

_____
UNITED STATES DISTRICT JUDGE